Filing # 140739639 E-Filed 12/21/2021 10:17:14 AM

IN THE CIRCUIT COURT OF THE 5TH JUDICIAL CIRCUIT
IN AND FOR MARION COUNTY, FLORIDA

**PAULETTE MCLAREN,**

    Plaintiff,

v.

**DOLGENCORP, LLC,**
**a Foreign Limited Liability Company,**

    Defendant.

CIVIL DIVISION

CASE NO.:

_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, **PAULETTE MCLAREN**, by and through the undersigned counsel, hereby sues the Defendant, **DOLGENCORP, LLC, a Foreign Limited Liability Company** (hereafter **"DOLGENCORP"**) and alleges:

1. This is an action for damages which exceeds Thirty Thousand Dollars ($30,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

2. At all times material hereto, the Plaintiff, **PAULETTE MCLAREN**, was and is a resident of Marion County, Florida, and is otherwise *sui juris*.

3. At all times material hereto, the Defendant, **DOLGENCORP**, was a Foreign Corporation authorized and licensed to conduct business in Ocala, Marion County, Florida by Secretary of State and does conduct said business in Marion County.

4. Venue is proper in this County in that the Defendant does business in Marion County, Florida, and/or all of the acts complained of herein occurred in Marion County, Florida.

## COUNT I - NEGLIGENCE CLAIM AGAINST DOLGENCORP, LLC

Plaintiff re-alleges and restates the allegations in paragraphs 1 through 4 as if fully set forth herein.

5. On or about December 28, 2020, the Plaintiff, **PAULETTE MCLAREN**, was a business invitee and lawfully upon the premise of the Defendant, **DOLGENCORP**'s business also known as Dollar General, located at 1111 W. Silver Springs Blvd., Ocala, FL 34475.

6. That at all times material hereto, and specifically on December 28, 2020, Defendant, **DOLGENCORP**, owned, managed, controlled, operated, and/or maintained the premises located at 1111 W. Silver Springs Blvd., Ocala, FL 34475, in Marion County.

7. At the aforesaid time and place, Plaintiff was walking in the store when she suddenly and without warning, slipped and fell to the ground due to a broken jar of food that was on the ground, causing serious and permanent physical injury to Plaintiff.

8. That at all times material hereto, Defendant, **DOLGENCORP**, owed to its business invitees a duty to provide a reasonably safe environment.

9. That at all times material hereto, the Defendant, **DOLGENCORP**, its agents, servants or employees, acting within the course and scope of their employment, breached their duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

   a. By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing food, glass, and/or other substances to accumulate on the floor, and to prevent dangerous conditions from occurring; and/or

   b. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

   c. Failing to place barricades, wet floor signs, or other marking devices utilized to alert business invitees such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

d. By failing to remove said glass, food or other similar substance from the floor of the premises; and/or

e. By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

f. Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing a glass, food and/or similar substances to be left on the floor of the premises so as to cause the Plaintiff's injury.

10. That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

11. That the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff occurred with such frequency that owner should have known of its existence.

12. As a direct and proximate result of the aforementioned negligence of the Defendant, **DOLGENCORP**, the Plaintiff, **PAULETTE MCLAREN**, sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, **PAULETTE MCLAREN** will suffer the losses into the future.

WHEREFORE, Plaintiff, **PAULETTE MCLAREN,** hereby demands judgment for damages, costs and interest from the Defendant, **DOLGENCORP, LLC, a Foreign Limited Liability Company,** together with whatever other relief the Court deems just and appropriate.

### DEMAND FOR JURY TRIAL

The Plaintiff, **PAULETTE MCLAREN,** hereby demands trial by jury of all issues so triable as a matter of right.

Dated: December 21, 2021

        **RUBENSTEIN LAW, P.A.**
        Attorneys for Plaintiff
        9130 S. Dadeland Blvd, PH
        Miami, FL 33156
        Phone: (305) 661-6000
        Fax: (305) 670-7555
        Email: mwaddell@rubensteinlaw.com
              zrodriguez@rubensteinlaw.com
              eservice@rubensteinlaw.com

By:   */s/ Michele Waddell*
       **MICHELE WADDELL**
       Florida Bar No.: 116086